1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

DWAYNE MEREDITH,                          CASE NO. 1:12-cv-455-LJO-MJS (PC)

10                    Plaintiff,            ORDER TO DEFENDANTS BENEVIDEZ,
                                           GAMBOA, AND OVERLEY TO PRODUCE
11          v.                             A DOCUMENT IN CONNECTION WITH
                                           THEIR MOTION TO DISMISS
12   D. OVERLEY, et al.

13                    Defendants.

14   _____/

15
16          Plaintiff Dwayne Meredith ("Plaintiff") is a state prisoner proceeding pro se and in

17   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

18          Plaintiff initiated this action on March 26, 2012.  (Compl., ECF No. 1.)  The Court

19   found that Plaintiff's First Amended Complaint (ECF No. 8) stated a cognizable claim

20   against Defendants Overley, Benevidez, and Gamboa under the Eighth Amendment of the

21   United States Constitution (ECF No. 9).

22          On January 7, 2013, Defendants filed a motion to dismiss the action on the ground

23   that Plaintiff had failed to exhaust his administrative remedies prior to commencing the

24   action.  (Def.'s Mot., ECF No. 12.)  Plaintiff filed an opposition (Pl.'s Opp'n, ECF No. 16)

25   and Defendants a reply (Def.'s Reply, ECF No. 25).

26          The Court finds that additional information is necessary to enable it to address and

27   resolve the issues presented in Defendants' motion.

28          In his opposition, Plaintiff included a partial copy of an appeal numbered "COR-10-

3293." Defendants allege that this appeal was denied at the third level of review because Plaintiff had bypassed lower levels of review and, thus, failed to exhaust his appeals. Plaintiff alleges that it was the prison itself that bypassed lower levels of review and then incorrectly attributed the failure to exhaust to Plaintiff. Neither party submitted a complete copy of the appeal or the institution review log for it. Such information is necessary to enable proper evaluation of the motion to dismiss. Defendants are in the better position to secure and provide this information to the Court,

Accordingly, Defendants are ORDERED to provide a complete copy of appeal COR-10-3293 and a copy of the institution's log regarding this appeal to the Court within **fourteen (14) days** of entry of this order.

IT IS SO ORDERED.

Dated:    May 29, 2013          _____/s/ *Michael J. Seng*_____
                               UNITED STATES MAGISTRATE JUDGE