# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. OVERLEY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:12-cv-0455-LJO-MJS (PC)<br><br>ORDER GRANTING REQUEST TO WITHDRAW MOTION TO COMPEL ADMISSION OF FACTS<br><br>(ECF Nos.   17, 18, 27) |

　　　Plaintiff Dwayne Meredith ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On February 11, 2013, Plaintiff filed a motion to compel admission of facts. (ECF No. 17.) Defendants filed a motion to strike Plaintiff's motion to compel. (ECF No. 18.) Plaintiff has since filed a motion to withdraw his motion to compel. (ECF No. 27.)

　　　Accordingly, the Court hereby ORDERS that:

　　　1.　　Plaintiff's motion to withdraw his motion to compel admission of facts (ECF No. 27) is GRANTED;

　　　2.　　Plaintiff motion to compel admission of facts (ECF No. 17) is STRICKEN from the record; and

3.  Defendants' motion to strike Plaintiff's motion to compel (ECF No. 18) is DENIED as moot.

IT IS SO ORDERED.

Dated:   August 15, 2013              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE