# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH, | CASE NO.   1:12-cv-0455-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING REQUEST TO WITHDRAW MOTION TO COMPEL ADMISSION OF FACTS |
| v. | (ECF Nos.   17, 18, 27) |
| D. OVERLEY, et al., | |
| Defendants. | |

Plaintiff Dwayne Meredith ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 11, 2013, Plaintiff filed a motion to compel admission of facts. (ECF No. 17.) Defendants filed a motion to strike Plaintiff's motion to compel. (ECF No. 18.) Plaintiff has since filed a motion to withdraw his motion to compel. (ECF No. 27.)

Accordingly, the Court hereby ORDERS that:

1. Plaintiff's motion to withdraw his motion to compel admission of facts (ECF No. 27) is GRANTED;

2. Plaintiff motion to compel admission of facts (ECF No. 17) is STRICKEN from the record; and

3. Defendants' motion to strike Plaintiff's motion to compel (ECF No. 18) is DENIED as moot.

IT IS SO ORDERED.

Dated:   August 15, 2013                     /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE