# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. OVERLEY, et al.,<br><br>    Defendants. | Case No. 1:12-cv-0455-LJO-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 31) |

    Plaintiff Dwayne Meredith ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 26, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 28, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending denial of defendants' motion to dismiss. (ECF No. 31.) Defendants have filed objections (ECF No. 32) and Plaintiff filed a response (ECF No. 33).

///

///

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this
2  Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the
3  Court finds the Findings and Recommendations to be supported by the record and by proper
4  analysis.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. The Findings and Recommendations, filed June 28, 2013, are adopted in full;

7  2. Defendants' motion to dismiss (ECF No. 12) is DENIED; and

8  3. Defendants shall file a responsive pleading within thirty (30) days of entry of this
9     order.

10 4.

IT IS SO ORDERED.

| Dated: | **August 16, 2013** | /s/ Lawrence J. O'Neill |
|---|---|---|
|   |   | UNITED STATES DISTRICT JUDGE |

6.
7.