# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH, | Case No. 1:12-cv-0455-LJO-MJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| D. OVERLEY, et al., | (ECF No. 31) |
| Defendants. | |

Plaintiff Dwayne Meredith ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 26, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending denial of defendants' motion to dismiss. (ECF No. 31.) Defendants have filed objections (ECF No. 32) and Plaintiff filed a response (ECF No. 33).

///

///

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 28, 2013, are adopted in full;
2. Defendants' motion to dismiss (ECF No. 12) is DENIED; and
3. Defendants shall file a responsive pleading within thirty (30) days of entry of this order.
4.

IT IS SO ORDERED.

Dated:   **August 16, 2013**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

6.
7.