# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. OVERLEY, et al.,<br><br>    Defendants. | Case No.  1:12-cv-0455-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE<br><br>ECF No. 51 |

Plaintiff Dwayne Meredith, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 26, 2012, and a scheduling order was issued on September 19, 2013.  This action is currently in the discovery phase, and on April 30, 2014, Defendants filed a motion seeking leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   May 7, 2014              /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28