# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>    Plaintiff,<br><br>  v.<br><br>D. OVERLEY, et al.,<br><br>    Defendants. | Case No. 1:12-cv-0455-LJO-MJS (PC)<br><br>**ORDER (1) DENYING UNENUMERATED RULE 12(b) MOTION WITHOUT PREJUDICE AND (2) REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING OR MOTION WITHIN THIRTY DAYS**<br><br>**(ECF No. 42)** |

      Plaintiff Dwayne Meredith, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter proceeds on an Eighth Amendment conditions of confinement claim against Defendants Overley, Benevidez, Gamboa.

      On November 19, 2013, Defendants Overley, Benevidez, Gamboa filed a motion to dismiss the action under the unenumerated provisions of Federal Rule of Civil Procedure 12(b) for failure to exhaust administrative remedies.  (ECF No. 42); 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b).

      On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to the proper procedural device for raising the issue of administrative exhaustion.  Albino v. Baca, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc).  Following

the decision in <u>Albino</u>, Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant to Rule 12(b)(6), in the rare event the failure to exhaust is clear on the face of the complaint, or (2) a motion for summary judgment.  <u>Albino</u>, 2014 WL 1317141, at *4.  An unenumerated Rule 12(b) motion is no longer the proper procedural device for raising the issue of exhaustion.  <u>Id.</u>

For the reasons stated, the unenumerated Rule 12(b) motion is procedurally deficient in light of the decision in <u>Albino</u>.  The unenumerated Rule 12(b) motion shall be denied, without prejudice, on procedural grounds.

Accordingly, for the reasons stated, it is HEREBY ORDERED that:

1. The unenumerated Rule 12(b) motion filed November 19, 2013 (ECF No. 42) is DENIED, without prejudice, on procedural grounds; and

2. Defendants shall, within **thirty (30) days** from the date of service of this order file a responsive pleading or motion.

IT IS SO ORDERED.

Dated:   May 12, 2014                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE