UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>        Plaintiff,<br><br>    v.<br><br>D. OVERLY, et al.,<br><br>        Defendants. | Case No.  1:12-cv-0455-LJO-MJS (PC)<br><br>**ORDER STRIKING ORDER (ECF No. 70)**<br><br>**CLERK OF COURT TO FAX COPY OF THIS ORDER TO LITIGATION COORDINATOR AT CALIFORNIA HEALTH CARE FACILITY, STOCKTON** |

On December 4, 2014, the Court filed an order purporting to deny Plaintiff's motion for an order compelling uninhibited access to the Court and granting Plaintiff's motion for extension of time. (ECF No. 70.) Plaintiff here had not sought such relief. That order does not pertain to the instant action.  It was erroneously filed in this action.

Accordingly, the order (ECF No. 70) is HEREBY STRICKEN. The Clerk's Office is directed to fax a copy of this order to the Litigation Coordinator at California Health Care Facility, Stockton.

IT IS SO ORDERED.

Dated:   December 9, 2014         /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE