UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. OVERLEY, et al.,<br><br>    Defendants. | 1:12-cv-00455-MJS (PC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT**<br><br>**(ECF No. 92)** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On April 27, 2015, Plaintiff filed an application to proceed *in forma pauperis* during appellate proceedings. (ECF No. 92.) Because the Ninth Circuit has since dismissed Plaintiff's appeal (ECF No. 94), it is HEREBY ORDERED that plaintiff's application of April 27, 2015 be DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   May 26, 2015            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

1