UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. OVERLEY, et al.,<br><br>　　　　Defendants. | 1:12-cv-00455-MJS (PC)<br><br>**ORDER DENYING MOTION FOR DEPOSITIONS AS MOOT**<br><br>**(ECF No. 102)** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The action proceeds on Plaintiff's Eighth Amendment conditions of confinement claim against Defendants Overley, Benevidez, and Gamboa. (ECF No. 8.)

Before the Court is Plaintiff's July 24, 2015 "Request for All Depositions Conducted by Defendants." (ECF No. 102.)

At the August 7, 2015, pretrial conference in this case, Defendants represented that no one but Plaintiff had been deposed in the case and that Plaintiff had been provided a copy of his deposition transcript.  Plaintiff confirmed he had received his deposition transcript.

Had other depositions been taken, Plaintiff could have obtained copies upon payment of reasonable fees therefore under Fed. R. Civ. P. 30(f)(3).  No motion would have been necessary.

1

(To the extent Defendant's may have interviewed witnesses and recorded their statements or had the witnesses sign written statements, the same rights to copies would not apply.)

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for depositions (ECF No. 102) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   August 10, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2