1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE MEREDITH,                        Case No. 1:12-cv-00455-MJS (PC)

12              Plaintiff,                    **ORDER DENYING DEFENDANTS'
                                              REQUEST TO ADVANCE TRIAL DATE**
13        v.

14   D. OVERLEY, et al.,                      **(ECF No. 116)**

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in a civil rights

18   action pursuant to 42 U.S.C. § 1983.   The action proceeds on Plaintiff's Eighth

19   Amendment conditions of confinement claim against Defendants Overley, Benevidez,

20   and Gamboa. (ECF No. 8.)

21        Before the Court is Defendants' August 31, 2015 motion to advance the trial date

22   from October 1, 2015 to September 30, 2015.  (ECF No. 116.)

23        The Court appreciates the reason for the request, but is unable to accommodate it

24   given the number and nature of matters already on its September 30, 2015 calendar.

25   The Court will, however, do everything reasonable within its power to complete trial in

26   this case in one day, on October 1, 2015.  The parties should be prepared to stay as late

27   as reasonably necessary to accomplish that.

28
                                              1

1

2          Accordingly, it is HEREBY ORDERED that Defendants' request to advance the

3   trial date from October 1, 2015, to September 30, 2015, is DENIED.

4

5   IT IS SO ORDERED.

6      Dated:   __September 1, 2015__          /s/ *Michael J. Seng*

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2