**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MEREDITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. OVERLEY, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00455-MJS (PC)<br><br>NOTICE AND ORDER THAT INMATE PAUL SANDERS, CDCR # C-66723, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 138) |

　　　　Jury trial commenced in this action on October 28, 2015. Inmate **Paul Sanders, CDCR # C-66723,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.


IT IS SO ORDERED.

　　Dated:　October 28, 2015　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE